◦AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

2009 JUL 15  PM 4:18

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| Marlene Katz | ) |
| v. | ) Case No.: 06-4155, Section "R" - Judge Sarah Vance |
| State Farm Fire and Casualty Company, et al. | ) |

## Bill of Costs

Judgment having been entered in the above entitled action  05/26/2009  against  Plaintiffs ,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ 0.00 |
| Fees for service of summons and subpoena ...................(see Exh. B) | ~~995.36~~ ~~1,149.05~~ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (see ExhB) | 9783.61 ~~10,098.11~~ |
| Fees and disbursements for printing .................(see Exh. B) ... | 0.00 |
| Fees for witnesses (itemize on page two) .................(see Exh. A) ... | 3626.42 ~~4,980.27~~ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (see Exh B) | 4746.99 ~~7,601.42~~ |
| Docket fees under 28 U.S.C. 1923 .................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ..................... | 0.00 |
| Compensation of court-appointed experts ......................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs (please itemize) ...................................... | |
| TOTAL | $ 19,152.38 ~~23,828.05~~ |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: /s/ Andrea L. Fannin  *Andrea L. Fannin*

Name of Attorney: Stone Pigman Walther Wittmann, 546 Carondelet Street
New Orleans, LA 70130  (504) 581-3200)  Date: 06/19/2009

For: State Farm Fire and Casualty Co. and Anthony J. Cemo
Name of Claiming Party

___ Fee
___ Process
X  Dktd
✓  CtRmDep
___ Doc. No.

Costs are taxed in the amount of  $19,152.38  and included in the judgment.

*Loretta G. Whyte*   By: _____  7/15/2009
Clerk of Court              Deputy Clerk              Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| SEE ATTACHED 'EXHIBIT A' | | | | | | | $4,980.27 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $4,980.27 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

RULE 6

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Marlene Katz. v. State Farm, et al.
USDC Case No. 06-4155, Section "R"
OTHER COSTS - WITNESS EXPENSES

| WITNESS | EXPENSES | AMOUNT | TOTALS |
|---|---|---|---|
| **Ed Van Hoven** | Trial Witness Fees 5/18-19/2009 @ $40/day | $ 80.00 | |
| | Mileage from Mandeville, LA 70 miles round trip x 2 days) = 140 miles @ $0.55/mile | $ 77.00 | $ 157.00 |
| **Curtis Schumacher** | Lodging GSA per diem 5/3-5/2009 for Deposition and 5/14,18-20/2009 for Trial @ $140/day | $ 980.00 | |
| | Mileage from Brownsville, TX 1,398 round trip for Deposition 5/3-6/2009) and for Trial (5/14-20/2009)= 2,796 miles @ $0.55/mile | $ 1,537.80 | |
| | M&IE for 5/3 and 6/2009 (Deposition) and 5/14 and 20/2009 (Trial) @ GSA rate of 44.25/day | $ 177.00 | |
| | M&IE for 5/6/2009 (Deposition) and 5/18-19/2009 (Trial) @ GSA rate of $59/day | $ 177.00 | |
| | Witness Fees 5/3 and 6/2009 (Deposition) and 5/14, 18-20/2009 (Trial), including travel days @ $40/day | $ 240.00 | $ ~~3,111.80~~ |
| **Baptiste Chisesi, Jr.** | Witness Fees 5/18/2009 (Trial) @ $40/day | $ 40.00 | |
| | Mileage from New Orleans, LA 12.2 miles round trip @ $0.55/mile | $ 6.71 | $ 46.71 |

Handwritten annotations:
- ✓
- Perdiem ~~###~~ $140 last day 44.25
- 2,326.30



EXHIBIT A

981374v.1

| Bruce Bender | Witness Fees 5/17-20/2009 including travel (Trial) @ $40/day | $ 160.00 | |
| | M&IE for 5/17 and 20/2009 (Trial) @ GSA rate of 44.25/day | $ 88.50 | |
| | M&IE for 5/18-19/2009 (Trial) @ GSA rate of $59/day | $ 118.00 | |
| | Lodging GSA per diem 5/17-20/2009 for Trial @ $140/day | $ 560.00 | |
| | Airfare - Common Carrier Phoenix, AZ to New Orleans, LA | $ ~~551.30~~ 445.20 | $ ~~1,477.80~~ 909.45 |
| Ron Newson | Witness Fees 5/1/2009 (Deposition) and 5/18-19/2009 (Trial) @ $40/day | $ 120.00 | |
| | Mileage from Metairie, LA miles 14 miles round trip (5/1/2009 Deposition and 5/18-19/2009 - Trial) @ $0.55/mile | $ 23.10 | $ 143.10 |
| Holly Woodall Burridge | Witness Fees 5/19/2009 (Trial) @ $40/day | $ 40.00 | |
| | Mileage from Metairie, LA miles 25.2 miles round trip x 2 days @ $0.55/mile | $ 13.86 | $ 43.86 |
| | **TOTAL WITNESS EXPENSES** | | $ 4,980.27 |

981374v.1

S3010-027182

**State Farm Insurance Companies**
**Marlene Katz v. State Farm Fire & Casualty Co.**
**and Anthony J. Cerno**

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| | | **LITIGATION SUPPORT: IN-HOUSE CHARGES** | |
| 8/16/2006 | 159511 | Photocopies - Necessary Preparation for Defense | 0.80 |
| 8/28/2006 | 159511 | Photocopies - Necessary Preparation for Defense | 3.20 |
| 8/30/2006 | 159511 | Photocopies - Necessary Preparation for Defense | 0.10 |
| 8/30/2006 | 159511 | Photocopies - Necessary Preparation for Defense | 0.40 |
| 8/30/2006 | 159511 | Photocopies - Necessary Preparation for Defense | 2.50 |
| 9/11/2006 | 159951 | Photocopies - Necessary Preparation for Defense | 1.20 |
| 9/11/2006 | 159951 | Photocopies - Necessary Preparation for Defense | 0.50 |
| 9/15/2006 | 159951 | Photocopies - Necessary Preparation for Defense | 0.20 |
| 9/29/2006 | 159951 | Photocopies - Necessary Preparation for Defense | 5.90 |
| 10/2/2006 | 160346 | Photocopies - Necessary Preparation for Defense | 8.70 |
| 10/2/2006 | 160346 | Photocopies - Necessary Preparation for Defense | 8.70 |
| 10/2/2006 | 160346 | Photocopies - Necessary Preparation for Defense | 1.40 |
| 10/2/2006 | 160346 | Photocopies - Necessary Preparation for Defense | 0.30 |
| 10/14/2006 | 160346 | Photocopies - Necessary Preparation for Defense | 0.20 |
| 10/16/2006 | 160346 | Photocopies - Necessary Preparation for Defense | 0.20 |
| 10/16/2006 | 160346 | Photocopies - Necessary Preparation for Defense | 0.60 |
| 10/17/2006 | 160346 | Photocopies - Necessary Preparation for Defense | 0.40 |
| 11/28/2006 | 160915 | Photocopies - Necessary Preparation for Defense | 3.90 |
| 6/8/2007 | 164951 | Color Photocopies - Necessary Preparation for Defense | 6.67 |
| 6/8/2007 | 164951 | Color Photocopies - Necessary Preparation for Defense | 23.46 |
| 6/8/2007 | 164951 | Color Photocopies - Necessary Preparation for Defense | 15.18 |
| 6/13/2007 | 164951 | Color Photocopies - Necessary Preparation for Defense | 35.88 |
| 2/10/2009 | 177650 | Color Photocopies - Necessary Preparation for Defense | 5.52 |
| 2/10/2009 | 177650 | Color Photocopies - Necessary Preparation for Defense | 12.88 |
| 2/17/2009 | 177650 | Color Photocopies - Necessary Preparation for Defense | 29.21 |
| 3/9/2009 | 178164 | Color Photocopies - Necessary Preparation for Defense | 15.87 |
| 3/9/2009 | 178164 | Color Photocopies - Necessary Preparation for Defense | 2.76 |
| 4/9/2009 | 178513 | Color Photocopies - Necessary Preparation for Defense | 0.69 |
| 5/4/2009 | 178513 | Color Photocopies - Necessary Preparation for Defense | 43.93 |


EXHIBIT B

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| 5/7/2009 | | Color Photocopies - Necessary Preparation for Defense | 5.52 |
| 5/7/2009 | | Color Photocopies - Necessary Preparation for Defense | 7.13 |
| 5/7/2009 | | Color Photocopies - Necessary Preparation for Defense | 3.45 |
| 5/7/2009 | | Color Photocopies - Necessary Preparation for Defense | 12.42 |
| 5/7/2009 | | Color Photocopies - Necessary Preparation for Defense | 14.03 |
| 5/7/2009 | | Color Photocopies - Necessary Preparation for Defense | 18.17 |
| 5/13/2009 | | Color Photocopies - Necessary Preparation for Defense | 4.14 |
| 5/13/2009 | | Color Photocopies - Necessary Preparation for Defense | 2.76 |
| 5/14/2009 | | Color Photocopies - Necessary Preparation for Defense | 1.84 |
| 5/16/2009 | | Color Photocopies - Necessary Preparation for Defense | 31.74 |
| 5/17/2009 | | Color Photocopies - Necessary Preparation for Defense | 5.52 |
| 5/17/2009 | | Color Photocopies - Necessary Preparation for Defense | 11.04 |
| 3/31/2009 | 178164 | Binding/Printing - Necessary Deposition/Case Preparation | 0.69 |
| 3/31/2009 | 178164 | Binding/Printing - Necessary Deposition/Case Preparation | 8.80 |
| 3/31/2009 | 178164 | Document Transfer - CDs of Trial Exhibits | 7.80 |
| 3/31/2009 | 178164 | Document Transfer - CDs of Trial Exhibits | 40.00 |
| 4/30/2009 | 178513 | Document Transfer - CDs of Trial Exhibits | 60.00 |
| 4/30/2009 | 178513 | Document Transfer - CDs of Trial Exhibits | 2.25 |
| 4/30/2009 | 178513 | Document Transfer - CDs of Trial Exhibits | 10.00 |
| 4/30/2009 | 178513 | Document Transfer - CDs of Trial Exhibits | 60.00 |
| 4/30/2009 | 178513 | Binding/Printing - Bench Books for Trial | 0.70 |
| 4/30/2009 | 178513 | Binding/Printing - Bench Books for Trial | 9.00 |
| 4/30/2009 | 178513 | Binding/Printing - Bench Books for Trial | 2.40 |
| | | SUB-TOTAL | 550.65 |

**LITIGATION SUPPORT: OUTSOURCED CHARGES**

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| 9/17/2006 | 159951 | Quality Litigation Support, Inc. - Claim File | 108.56 |
| 3/13/2009 | 178164 | Clerk of Court-Orleans Parish - Property Title Research X | 407.00 X |
| 3/31/2009 | 178164 | Clerk of Court-Orleans Parish - Property Title Research X | 30.00 X |
| 4/1/2009 | 178513 | Southern Imaging Solutions - Deposition Preparation | 438.67 |
| 4/14/2009 | 178513 | Clerk of the Circuit Court - Property Title Research X | 40.00 |
| 5/10/2009 | | Venue Docket, LLC - Trial Preparation/Bench Books copy | 2,957.03 |
| 5/17/2009 | | Venue Docket, LLC - Trial Preparation | 371.35 X |
| 5/29/2009 | | Venue Docket, LLC - Bender Document Production X | 579.99 |
| 6/7/2009 | | Venue Docket, LLC - Trial Technology Equipment Rental X | 900.00 X |
| 6/7/2009 | | Venue Docket, LLC - Trial Preparation/Enlarged Exhibit ✓ | 91.56 |

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| 6/7/2009 | | Venue Docket, LLC - Trial Preparation/Exhibits for Trial | ~~604.48~~ |
| 6/7/2009 | | Venue Docket, LLC - Trial Preparation/Exhibits for Trial | ~~522.13~~ |
| | | SUB-TOTAL | ~~1,060.77~~ |
| | | **COURT REPORTER/DEPOSITIONS** | |
| 7/22/2007 | 165734 | Johns, Pendleton & Assoc. - Marlene Katz | 577.25 |
| 9/9/2007 | 166716 | Gaudet, Kaiser & Pepper, L.L.C. - Anthony Cerno | 181.25 |
| 2/26/2008 | 169788 | Cathy Pepper, CCR RPR CRR - 2/20/2008 Hearing Transcript | 120.75 |
| 5/3/2009 | | Gaudet, Kaiser & Pepper, L.L.C. - Ronald Newson | 950.55 |
| 5/17/2009 | | Gaudet, Kaiser & Pepper, L.L.C. - Edward Van Hoven | 281.30 |
| 5/17/2009 | | Gaudet, Kaiser & Pepper, L.L.C. - Curtis Schumacher | 319.75 |
| 5/17/2009 | | Kaufman, Hoffman, Taylor - Daryl Guillory & Brian Mackel | 456.40 |
| 5/17/2009 | | Henjum Goucher Reporting Services, L.P. - Anthony Nicolich | ~~914.50~~ xx. |
| 5/17/2009 | | Henjum Goucher Reporting Services, L.P. - Scott Claire | 1,106.20 |
| 5/17/2009 | | Henjum Goucher Reporting Services, L.P. - Ken Pailet | 386.98 |
| 5/17/2009 | | Kaufman, Hoffman, Taylor - Haig Neville | 1,015.61 |
| 5/17/2009 | | Kaufman, Hoffman, Taylor - Holly Woodall Burridge | 313.13 |
| 6/1/2009 | | Kaufman, Hoffman, Taylor - Barbara Pailet | 305.74 |
| 6/17/2009 | | Toni Doyla Tusa - Day 1 and afternoon Day 2 Trial Transcript | 2,915.25 |
| 6/17/2009 | | Karen Anderson Ibos - morning Day 2 Trial Transcript | 853.45 |
| | | SUB-TOTAL | 10,098.11 |
| | | **WITNESS/SUBPOENA FEES** | |
| 2/28/2009 | 177650 | BAPTISTE F. CHISESI JR. - Document Subpoena | 40.00 |
| 2/28/2009 | 177650 | BURGOS & CHISESI - Document Subpoena | 40.00 |
| 4/30/2009 | 178513 | Brian Mackel - Trial Subpoena | 52.43 |
| 4/30/2009 | 178513 | Anthony Nicolich - Trial Subpoena | 52.94 |
| 4/30/2009 | 178513 | Daryl Guillory - Trial Subpoena | 51.11 |
| 4/30/2009 | 178513 | Kenneth Pailet - Trial Subpoena | 50.63 |
| 4/30/2009 | 178513 | Barbara Pailet - Trial Subpoena | 50.63 |
| 5/18/2009 | | Brian Mackel - service withdrawn | ~~52.43~~ |
| 6/4/2009 | | Kenneth Pailet - service withdrawn | ~~50.63~~ |
| 6/4/2009 | | Barbara Pailet - service withdrawn | ~~50.63~~ |
| | | SUB-TOTAL | 184.05 |

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| | | **COURIER/EXPRESS SERVICES** | |
| 3/15/2009 | 178164 | Opus Legalis, LLC - Service of Trial Subpoenas | 200.00 |
| 4/5/2009 | | Esquire Deposition Services - Scott Claire Depo Subpoena | 115.00 |
| 5/29/2009 | 178513 | Opus Legalis, LLC - Service of Trial Subpoenas | 650.00 |
| | | **SUB-TOTAL** | **965.00** |

**Summary of Costs**

| | |
|---|---|
| LITIGATION SUPPORT | 7,601.42 |
| COURT REPORTER/DEPOSITIONS | 10,098.11 |
| WITNESS FEES | 184.05 |
| COURIER/EXPRESS SERVICES | 965.00 |
| **TOTAL** | **18,848.58** |